IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **ROGELIO HINOJOSA,** | § | |
| *Plaintiff,* | § § § | CASE NO. 1:25-CV-00740-ADA-SH |
| v. | § § | |
| **STUDENT TRANSPORTATION OF AMERICA, INC. d/b/a GoldStar Transit Inc.,** | § § § § | |
| *Defendant.* | | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower (Dkt. 12). The report recommends that Defendant Student Transportation of America, Inc.'s Rule 12(b)(6) Motion for Dismissal (Dkt. 6) is **GRANTED-IN-PART** and **DENIED-IN-PART.** Specifically, the report recommends that the Motion is **GRANTED** as to Plaintiff Rogelio Hinojosa's claims for retaliation and failure to accommodate during his interview under the ADA and TCHRA and recommends that those claims are **DISMISSED WITH PREJUDICE**. The report further recommends that this Court **DENY** the Motion as to Hinojosa's remaining discrimination and failure to accommodate claims under the ADA and TCRHA. The report was filed on September 3, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Hightower (Dkt. 12) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant Student Transportation of America, Inc.'s Rule 12(b)(6) Motion for Dismissal (Dkt. 6) is **GRANTED-IN-PART** and **DENIED-IN-PART.** Specifically, the Motion is **GRANTED** as to Plaintiff Rogelio Hinojosa's claims for retaliation and failure to accommodate during his interview under the ADA and TCHRA and those claims are **DISMISSED WITH PREJUDICE**. The Motion is **DENIED** as to Hinojosa's remaining discrimination and failure to accommodate claims under the ADA and TCRHA.

**SIGNED** this 17th day of October, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE